

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00378-CR

Manuel **LEOS**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR9616
Honorable Maria Teresa (Tessa) Herr, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
              Luz Elena D. Chapa, Justice
              Irene Rios, Justice

Delivered and Filed:  August 22, 2018

DISMISSED FOR LACK OF JURISDICTION

Appellant appeals from the trial court's "Order Amending Conditions of Community Supervision." This court does not have jurisdiction to consider an appeal from an order altering or modifying community supervision conditions. *Davis v. State*, 195 S.W.3d 708, 710 (Tex. Crim. App. 2006) ("There is no legislative authority for entertaining a direct appeal from an order modifying the conditions of community supervision."); *Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977); *Quaglia v. State*, 906 S.W.2d 112, 113 (Tex. App.—San Antonio 1995, no pet.). We therefore ordered appellant to show cause in writing why this appeal should not be dismissed

for want of jurisdiction. Appellant has not filed a response. Accordingly, we dismiss the appeal for lack of jurisdiction.

PER CURIAM

Do not publish